**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CANDLE BOGAMY, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-88(JRG) |
| | § | |
| HARRISON COUNTY, ET AL. | § | |

**Settlement Prove-Up**
**RODNEY GILSTRAP, JUDGE PRESIDING**
**March 11, 2013**

**OPEN: 1:45 pm**                                                              **ADJOURN:   2:15 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Michael Bernoudy |
| ATTORNEY FOR DEFENDANTS: | Stuart Hene |
| | Charles Floyd |
| GUARDIAN AD LITEM: | Kurt Truelove |
| LAW CLERK: | Nick Mathews |
| COURT REPORTER: | Susan Simmons |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   Michael Bernoudy announced ready for the plaintiff.   Stuart Hene and Charles Floyd announced for certain defendants.   Kurt Truelove announced ready as the Guardian ad Litem for the children.

1:49 – Mike Bernoudy called Candle Bogamy.   Witness was sworn.

1:54 – Stuart Hene questioned the witness.

1:55 – Kurt Truelove questioned the witness.

1:57 – Bench conference.

1:59 – The Court questioned the witness.

The Court will approve this settlement and certain sums are to be paid to each child for certain immediate needs.   The Court directs the parties to pay the guardian ad litem at the same time as these funds are dispersed.   The Court directs Mr. Bernoudy and his client to provide the birth

names and other information to the district clerk's office before they leave.

Kurt Truelove requested that the transcript and judgment in this case be sealed for the sake of the children.

2:15 – Court adjourned.