**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CANDLE BOGAMY, ET AL., | § § § | |
| Plaintiff, | § | CASE NO. 2:11-cv-88-JRG |
| v. | § § § | |
| HARRISON COUNTY, ET AL., | § § | |
| Defendant. | § § § | |

## ORDER

The Court enters this Order *sua sponte*. Due to the nature of this action and for the protection of the minors, the Court finds that the settlement hearing and final judgment in this case should be and is hereby ORDERED to be sealed.

Therefore, it is hereby ORDERED that the clerk of the Court shall file the settlement hearing transcript and judgment in this case under seal.

**So ORDERED and SIGNED this 17th day of May, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE